PHILIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4-401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

SEALED FILED
DEC 15 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16 CR 00205 DAD BAM |
| Plaintiff, | MOTION AND ORDER TO SEAL INDICTMENT |
| v. | |
| JARROD M. LANGFORD, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury December 15, 2016, charging the above named defendant with a violation of 18 U.S.C. § 1029(b)(2) – Conspiracy to Traffic in and Use Unauthorized Access Devices; 18 U.S.C. § 1029(a)(2) – Use of Unauthorized Access Devices (Five Counts); 18 U.S.C. § 1029(a)(3) – Possession of Unauthorized Access Devices (Two Counts); 18 U.S.C. §1028A(a)(1) - Aggravated Identity Theft (Two Counts); 18 U.S.C. §§ 982(a)(2)(B) and 1029(a)(1)(C) - Criminal Forfeiture be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the

Motion and Order to Seal

defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: December 15, 2016            Respectfully submitted,

                                          PHILIP A. TALBERT
                                        United States Attorney

                        By      /s/ Christopher D. Baker
                                        CHRISTOPHER D. BAKER
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:  December 15, 2016

                                              U.S. MAGISTRATE JUDGE