1  PHILLIP A. TALBERT
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America

8

FILED

JAN 20 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,          | CASE NO. 1:16-CR-00205 DAD BAM
13 |                    Plaintiff,      | ORDER TO UNSEAL INDICTMENT
14 |          v.                        |
15 | JARROD M. LANGFORD                 |
16 |                    Defendant.      |

17

18     This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of
19  Criminal Procedure.
20     IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public
21  record.

22

23  DATED:  1/20/19

                                        _____
                                        United States Magistrate Judge

---

Motion to Unseal Indictment                    2