HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JARROD M. LANGFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00205-DAD-BAM |
| Plaintiff, | REQUEST FOR RULE 43 WAIVER OF APPEARANCE AT NON-SUBSTANTIVE PROCEEDINGS; [~~PROPOSED~~] ORDER |
| vs. | |
| JARROD M. LANGFORD, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Jarrod M. Langford, having

been advised of his right to be present at all stages of the proceedings, hereby requests that this

Court permit him to waive his right to personally appear at all non-substantive proceedings. Mr.

Langford agrees that his interests shall be represented at all times by the presence of his attorney,

the Office of the Federal Defender for the Eastern District of California, the same as if he were

personally present, and requests that this Court allow his attorney-in-fact to represent his

interests at all times.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,


HEATHER E. WILLIAMS
Federal Defender

Date: May 2, 2017          */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JARROD M. LANGFORD


**O R D E R**

Defendant's request for a waiver of appearance is granted.  Defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated:   **May 2, 2017**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE