1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ERIN M. SNIDER, CA #304781
   Assistant Federal Defender
3  Officer of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JARROD LANGFORD
7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:16-cr-00205-DAD-BAM
12 | Plaintiff, | **REQUEST FOR TRAVEL ASSISTANCE PURSUANT TO 18 U.S.C. § 4285; ORDER**
13 | vs. |
14 | JARROD LANGFORD, |
15 | Defendant. |

16

17  Mr. Langford, through his undersigned counsel, hereby requests that, pursuant to 18

18  U.S.C. § 4285, this Court direct the United States Marshal to furnish him with the cost of travel

19  from Orlando, Florida, to Fresno, California, so that he may attend court in Fresno on June 4,

20  2018, at 10:00 a.m. Additionally, Mr. Langford requests the United States Marshal provide him

21  with subsistence expenses for this travel period not to exceed the amount authorized as per diem

22  allowance for travel under 5 U.S.C. § 5702(a).

23  On March 12, 2018, the parties set the matter for a change-of-plea hearing on June 4,

24  2018. The signed plea agreement was filed on March 26, 2018. Mr. Langford's presence is

25  therefore required on June 4, 2018, so that he can enter his plea. Mr. Langford has been found

26  indigent and eligible for appointed counsel in this case. He therefore requests the Court direct

27  that his travel expenses be paid as contemplated by 18 U.S.C. § 4285.

28  / / /

1

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: March 26, 2018

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JARROD LANGFORD

## **O R D E R**

Pursuant to 18 U.S.C. § 4285, the court directs the United States Marshal to furnish Jarrod Langford with the cost of travel from Orlando, Florida, to Fresno, California, so that he may attend court in Fresno on June 4, 2018, at 10:00 a.m. Additionally, the United States Marshal shall provide Mr. Langford with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

IT IS SO ORDERED.

Dated: **March 26, 2018**

UNITED STATES DISTRICT JUDGE