1  McGREGOR W. SCOTT
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:16-CR-00205-DAD-BAM |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JARROD M. LANGFORD, | |
| Defendant. | |

Based upon the plea agreement entered between the United States and defendant Jarrod M. Langford, and the accompanying Application for Preliminary Order of Forfeiture and Publication Thereof by the United States, it is hereby ORDERED, ADJUDGED AND DECREEED as follows:

1. Pursuant to 18 U.S.C. § 982(a)(2)(B), 1028(b), and 1029(c)(1)(C), Jarrod M. Langford's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. CyberPower computer tower, S/N 121902-AM4488, and associated 320 GB hard drive, and all data and content stored thereon, and

   b. Samsung laptop computer, S/N HJV993BB903664L, and associated 2.5" hard drive, and all data and content stored thereon.

///

PRELIMINARY ORDER OF FORFEITURE          1

2. The above-listed assets constitute, or are derived from, proceeds the defendant obtained directly or indirectly, as a result of a violation of 18 U.S.C. § 1029(b)(2) and 1028A(a)(1), or is personal property used or intended to be used to commit such offenses.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Federal Bureau of Investigation in its secure custody and control.

4. a. Pursuant to 18 U.S.C. §§ 982(b), 1028(g), 1029(c)(2), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(2)(B), 1028(b), and 1029(c)(1)(C), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **July 17, 2018**

_____
UNITED STATES DISTRICT JUDGE