HEATHER E. WILLIAMS, #122664
Federal Defender
ERIN SNIDER, #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JARROD LANGFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00205-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING; DECLARATION OF ERIN M. SNIDER |
| vs. | |
| JARROD LANGFORD, | Date: October 22, 2018<br>Time: 10:00 a.m. |
| Defendant. | Hon. Judge Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Christopher Baker, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Jarrod Langford, that the sentencing hearing currently scheduled for September 4, 2018, be continued to October 22, 2018, at 10:00 a.m. The parties further stipulate that the Court may extend the deadline for informal objections to September 24, 2018, and the deadline for formal objections to October 9, 2018.

The defense is requesting this continuance because defense counsel is currently preparing for a jury trial scheduled to begin on August 29, 2018. *See* Declaration of Erin Snider. In addition, defense counsel has a number of other deadlines in August and September. *See id.* In light of defense counsel's trial schedule and other deadlines, defense counsel requires additional time to prepare informal objections, formal objections, and a sentencing memorandum. *See id.*

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | MCGREGOR W. SCOTT<br>United States Attorney |
| Date: August 3, 2018 | */s/ Christopher Baker*<br>CHRISTOPHER BAKER<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: August 3, 2018 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>JARROD LANGFORD |

## **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for September 4, 2018, is continued until October 22, 2018 at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd. The deadline for informal objections is extended to September 24, 2018, and the deadline for formal objections is extended to October 9, 2018.

IT IS SO ORDERED.

Dated: **August 6, 2018**

_____
UNITED STATES DISTRICT JUDGE

**DECLARATION OF ERIN SNIDER**

I, Erin Snider, declare as follows:

1. I am an attorney admitted to practice before this Court and I am employed as an Assistant Federal Defender.

2. The Office of the Federal Defender has been appointed to represent Defendant Jarrod Langford in the above-entitled case, and I have been assigned to represent him.

3. I have a trial in another case, *United States v. Craig Shults*, Case No. 1:17-cr-00136-LJO-SKO, scheduled to begin on August 29, 2018. The trial is estimated to take approximately one week.

4. In addition, I have a number of other deadlines in August and September. For example, I have a reply brief due on August 20, 2018, and a motion hearing on September 4, 2018, in *United States v. Steven Andrew Dobson*, Case No. 1:17-cr-00079-LJO-SKO. I have a motion to suppress due on September 7, 2018, a reply brief due on September 27, 2018, and a motion hearing on October 1, 2018, in *United States v. Joseph Avila*, Case No. 1:18-cr-00098-LJO-SKO. I also have an opening brief due on September 21, 2018 in *United States v. Melvin Whitehead*, Case No. 18-10194.

5. Given my upcoming trial, deadlines, and other cases, I require additional time to prepare informal objections, formal objections, and a sentencing memorandum.

I declare under penalty of perjury that the foregoing is true and correct. Executed this August 3, 2018, at Fresno, California.

                                            /s/ *Erin Snider*
                                            ERIN SNIDER, Declarant
                                            Assistant Federal Defender