HEATHER E. WILLIAMS, #122664
Federal Defender
ERIN M. SNIDER, CA #304781
Assistant Federal Defender
Officer of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JARROD LANGFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARROD LANGFORD,<br><br>Defendant. | Case No. 1:16-cr-00205-DAD-BAM<br><br>**REQUEST FOR TRAVEL ASSISTANCE PURSUANT TO 18 U.S.C. § 4285; ORDER** |

Mr. Langford, through his undersigned counsel, hereby requests that, pursuant to 18 U.S.C. § 4285, this Court direct the United States Marshal to furnish him with the cost of travel from Orlando, Florida, to Fresno, California, so that he may attend court in Fresno on October 22, 2018, at 10:00 a.m. Additionally, Mr. Langford requests the United States Marshal provide him with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

On August 6, 2018, the Court set this matter for a sentencing hearing on October 22, 2018, at 10:00 a.m. Mr. Langford's presence is required for the sentencing hearing. Mr. Langford has been found indigent and eligible for appointed counsel in this case. He therefore requests the Court direct that his travel expenses be paid as contemplated by 18 U.S.C. § 4285.

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 11, 2018  /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JARROD LANGFORD

# **O R D E R**

Pursuant to 18 U.S.C. § 4285, the Court directs the United States Marshal to furnish Jarrod Langford with the cost of travel from Orlando, Florida, to Fresno, California, so that he may attend court in Fresno on October 22, 2018, at 10:00 a.m. Additionally, the United States Marshal shall provide Mr. Langford with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

IT IS SO ORDERED.

Dated: **September 11, 2018**

UNITED STATES DISTRICT JUDGE