Judge Drozd,

My name is Jarrod Langford and on October 22,2018 I was sentenced in your courtroom to Federal Prison. I am writing this letter to you in regards to petitioning for early termination of supervision. I am currently over fifty percent done with my supervisory period, and have completed one year without any issues. Since my incarceration I have grown significantly as a person. I completed the Residential Drug and Alcohol Treatment program suggested by you on day of sentencing while in Federal Prison. During my time in the program I was given the opportunity to face issues in my past that led me down a path of destructive life decisions. Those decisions that gravely impacted my loved ones and victims that I negatively impacted with my criminal activity. The root cause of my substance abuse issue and subsequent criminal decision making was the abuse I endured from my childhood that was never talked about with a therapist. During my time in the residential treatment program I went over my past and poor decision making in depth and learned successful methods to lead me to better analyzing my choices. I took the program to heart and even became a Senior Guide to help transition the new residents into treatment. While incarcerated I never had a single disciplinary action, and even ended up working alongside the Warden as an Orderly.

Since release I have kept to my word that I would be a better person if given another chance. I immediately enrolled in the local community college in persuit of a Bachelors in Business using my Post 9/11 GI Bill. I am currently on my fifth semester since release in June,2020. I have completed fifteen classes and maintain a 3.72 GPA overall. I have two semester remaining before transfering to the Univeristy of Central Florida to finish my degree. My wife and I are expecting our third child in May,2022. The ability to be able to travel freely to visit family would be a blessing. I understand the severity of the crimes I comitted and they weigh heavily on my heart. I feel today I am a better person than I was before and I do not take the life of freedom for granted.

Sincerely,

Jarrod Langford

**FILED**

JAN 06 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1:16-CR-0205 DAD



PM 2-Day
ORLANDO, FL
32817
JAN 04 22

**$11.40**

1006          95814          R2305K142970-02

**FROM:** Jarrod Langford
2680 Legandale Dr
Orlando, FL 32817

**TO:**

Judge Dale A. Drozd
Robert Matsui Federal Courthouse
501 I Street
Sacramento, CA 95814

WHEN USED INTERNATIONALLY, A CUSTOMS
DECLARATION LABEL MAY BE REQUIRED.

EXPECTED DELIVERY DAY:  01/07/22

USPS SIGNATURE® TRACKING #

9510 8132 4919 2004 8517 52