HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, SBN # 282400
Chief Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00205-DAD-BAM |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| JARROD M. LANGFORD, | |
| *Defendant.* | |

Defendant, Jarrod M. Langford, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

On October 22, 2018, Mr. Langford was sentenced to 42 months in custody followed by 24 months of supervised release with conditions. He began serving his term of supervised release on December 29, 2020. Mr. Langford submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing Mr. Langford Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: January 13, 2022          */s/ Jerome Price*
                                  JEROME PRICE
                                  Chief Assistant Federal Defender

**O R D E R**

Having satisfied the Court that the defendant Jarrod M. Langford is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A. However, if the court finds that you are able to pay for counsel, you may be ordered to reimburse for the cost of the court appointed counsel.

IT IS SO ORDERED.

Dated:  **January 14, 2022**               /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE