HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JARROD LANGFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00205-DAD-BAM-1 |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR REPLY AND TO SET MOTION HEARING; ORDER** |
| vs. | |
| JARROD LANGFORD, | Date:   January 31, 2022<br>Time:   9:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Christopher D. Baker, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Jarrod Langford, that the deadline for filing a reply to the government's opposition to Mr. Langford's motion for early termination of supervised release may be extended to January 21, 2022. The parties further stipulate that the Court may set this matter for a motion hearing on January 31, 2022, at 9:00 a.m.

On January 6, 2022, Mr. Langford filed a *pro se* motion for early termination of supervised release. *See* ECF #53. The government filed its opposition brief on January 14, 2022. *See* ECF #57. That same day, the undersigned defense counsel was appointed to represent Mr. Langford. *See* ECF #56. Under the Local Rules, any reply brief would ordinarily be due on January 18, 2022. *See* Local Crim. R. 430.1 (providing that any rely brief must be filed within three days following service of the opposition); *see also* Fed. R. Civ. P. 6 (providing that, if a

filing deadline falls on a legal holiday, it is automatically extended until the following day).

Given that defense counsel was recently appointed, she requires additional time to gather documentation in support of Mr. Langford's motion for early termination and draft a reply brief. The government has no objection to extending the deadline for filing a reply brief to January 21, 2022. The parties jointly request that the Court schedule this matter for a hearing on January 31, 2022, at 9:00 a.m.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 18, 2022      */s/ Christopher Baker*
CHRISTOPHER BAKER
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 18, 2022      */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JARROD LANGFORD

## O R D E R

**IT IS SO ORDERED.** The deadline to file a reply to the government's opposition to Mr. Langford's motion for early termination of supervised release is extended to January 21, 2022. The Court hereby sets a motion hearing for January 31, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **January 20, 2022**           Dale A. Drozd
UNITED STATES DISTRICT JUDGE

2