HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JARROD LANGFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARROD LANGFORD,<br><br>Defendant. | Case No. 1:16-cr-00205-DAD-BAM-1<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

For the reasons set forth on the record during the hearing on January 31, 2022, defendant Jarrod Langford's motion for early termination of supervised release (ECF #53) is GRANTED. The term of supervised release imposed in this matter is terminated forthwith.

IT IS SO ORDERED.

Dated: **January 31, 2022**

_____
UNITED STATES DISTRICT JUDGE